1 | John W. Carpenter (Bar No. 221708) | BEST BUY CO.
2 | john@jwcarpenterlaw.com | 7601 Penn Avenue South
  | 33 ½ Los Pinos | Richfield, MN 55423-3645
3 | Nicasio, CA  94946 | Telephone: (612) 291-7423
  | Telephone: (415) 374-7157 | Fax: (612) 292-2323
4 |  Facsimile:  1- 866-410-6248 | Thomas R. Harris Agreeing for
  | | Best Buy Co.
5 | Attorneys for Plaintiff |
  | Technology Licensing Company Inc. | Defendant: Best Buy Co.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY LICENSING CO. INC., | CASE NO.  C 08-01435 JCS |
| Plaintiff , | **STIPULATION AND [PROPOSED] ORDER FOR CONTINUING INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 6-2** |
| vs. | |
| BEST BUY CO. | |
| Defendant. | JUDGE:   Hon. Joseph C. Spero |

STIP. AND PROPOSED ORDER CONTINUING
INITIAL CMC
C 08-01435 JCS

## Stipulation

Pursuant to Civil L.R. 6-2, Plaintiff TECHNOLOGY LICENSING CO. INC. ("TLC") and Defendant BEST BUY CO. ("BEST BUY CO.") hereby stipulate to a continuance of the Initial Case Management in this matter.

The Initial Case Management Conference is currently set for June 20, 2008 at 10:30 AM.

Plaintiff and a Third Party have signed a Conditional Settlement Agreement which requires a number of periodic payments be made to Plaintiff. After Plaintiff receives the final payment on or before September 2, 2008, the terms of the Conditional Settlement Agreement will be satisfied, and this lawsuit will subsequently be dismissed.

The parties have agreed that a cost-effective approach to this law suit is to seek a continuance of the initial Case Management Conference to September 26, 2008 at 1:30 PM, or to whatever date and time thereafter as set by the Court.

This is the first request for a time modification of the Initial Case Management in this matter.

The present requested time modification would have no material effect on the schedule for this case.

Accordingly, it is hereby stipulated and agreed that the Initial Case Management Conference in this matter by continued to September 26, 2008 at 1: 30 PM, or to whatever date and time thereafter as set by the Court.

DATED: June 2, 2008

Respectfully submitted,

By ____/s/_____
John W. Carpenter
Attorney for Plaintiff
Technology Licensing Company, Inc.

DATED: June 2, 2008

By _____/s/_____
Defendant: Best Buy Co.
Thomas R. Harris Agreeing for Defendant

- 2 -    STIP. AND PROPOSED ORDER CONTINUING
INITIAL CMC
C 08-01435 JCS

**ORDER**

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated _____, 2008

_____
Hon. Joseph C. Spero
United States Magistrate Judge



**BEST BUY.**

June 2, 2008

**By Email and First Class Mail**

John W. Carpenter Esquire
Technology Licensing Company, Inc.
33 1/2 Los Pinos
Nicasio, CA 94946

Re:  Technology Licensing Company, Inc. v. Best Buy, Inc.
    Venue:    U.S. District Court, N.D. Cal. (San Francisco Division Division
    Case No:    C08-00344 BZ
    Item:    Stipulation to Continuance

Dear John:

This confirms that Best Buy Co., Inc., does not object to a continuation of the date for the Case Management Conference and agrees to stipulate to such a continuance.

Thanks for your consideration.

Sincerely,

Thomas R. Harris
V. P. & Associate General Counsel
Tel:    612-291-7423
Fax:    612-292-2323