1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TECH. LICENSING CO,

        Plaintiff(s),

    v.

BEST BUY CO.

        Defendant(s).
_____/

No. C 08-01435 JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: June 5, 2008

_____
Signature
Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")



# BEST BUY.

June 5, 2008

**By Email and First Class Mail**

John W. Carpenter Esquire
Technology Licensing Company, Inc.
33 1/2 Los Pinos
Nicasio, CA 94946

Re:  Technology Licensing Company, Inc. v. Best Buy, Inc.
    Venue:    U.S. District Court, N.D. Cal. (San Francisco Division)
    Case No:    C08-00344 BZ
    Item:    Stipulation to Continuance

Dear John:

As per our telephone conversation today, this will confirm in writing that for the purpose of obtaining a continuance of the Case Management Conference, Best Buy Co., Inc. consents to proceed before a United States Magistrate Judge.

Sincerely,

Thomas R. Harris
V. P. & Associate General Counsel
Tel:    612-291-7423
Fax:    612-292-2323