| | | |
|---|---|---|
| 1 | John W. Carpenter (Bar No. 221708)<br>john@jwcarpenterlaw.com | BEST BUY CO.<br>7601 Penn Avenue South |
| 2 | 33 ½ Los Pinos<br>Nicasio, CA 94946 | Richfield, MN 55423-3645<br>Telephone: (612) 291-7423 |
| 3 | Telephone: (415) 374-7157<br>Facsimile: 1- 866-410-6248 | Fax: (612) 292-2323<br>Thomas R. Harris Agreeing for |
| 4 | | Best Buy Co. |
| 5 | Attorneys for Plaintiff<br>Technology Licensing Company Inc. | Defendant: Best Buy Co. |

FILED
JUN 0 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY LICENSING CO. INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BEST BUY CO.<br><br>Defendant. | CASE NO. C 08-01435 JCS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FOR CONTINUING INITIAL**<br>**CASE MANAGEMENT CONFERENCE**<br>**PURSUANT TO CIVIL L.R. 6-2**<br><br>JUDGE: Hon. Joseph C. Spero |

STIP. AND PROPOSED ORDER CONTINUING
INITIAL CMC
C 08-01435 JCS

1 **Stipulation**

2 Pursuant to Civil L.R. 6-2, Plaintiff TECHNOLOGY LICENSING CO. INC. ("TLC")
3 and Defendant BEST BUY CO. ("BEST BUY CO.") hereby stipulate to a continuance of the
4 Initial Case Management in this matter.

5 The Initial Case Management Conference is currently set for June 20, 2008 at 10:30 AM.

6 Plaintiff and a Third Party have signed a Conditional Settlement Agreement which
7 requires a number of periodic payments be made to Plaintiff. After Plaintiff receives the final
8 payment on or before September 2, 2008, the terms of the Conditional Settlement Agreement will
9 be satisfied, and this lawsuit will subsequently be dismissed.

10 The parties have agreed that a cost-effective approach to this law suit is to seek a
11 continuance of the initial Case Management Conference to September 26, 2008 at 1:30 PM, or to
12 whatever date and time thereafter as set by the Court.

13 This is the first request for a time modification of the Initial Case Management in this
14 matter.

15 The present requested time modification would have no material effect on the schedule for
16 this case.

17 Accordingly, it is hereby stipulated and agreed that the Initial Case Management
18 Conference in this matter by continued to September 26, 2008 at 1: 30 PM, or to whatever date
19 and time thereafter as set by the Court.

20

21 Respectfully submitted,
22 DATED: June 2, 2008

23 By ____/s/_____
    John W. Carpenter
24  Attorney for Plaintiff
    Technology Licensing Company, Inc.

25

26 DATED: June 2, 2008   By _____/s/_____
                         Defendant: Best Buy Co.
27                       Thomas R. Harris Agreeing for Defendant

28

- 2 -   STIP. AND PROPOSED ORDER CONTINUING
        INITIAL CMC
        C 08-01435 JCS

1  **ORDER**

2  PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO

3  ORDERED.

4  Dated  6/3/08 , 2008

5  _____
   Hon. Joseph C. Spero
   United States Magistrate Judge