1  John W. Carpenter (Bar No. 221708)
   john@jwcarpenterlaw.com
2  33 ½ Los Pinos
   Nicasio, CA  94946
3  Telephone: (415) 374-7157
    Facsimile:  1- 866-410-6248
4
   Attorneys for Plaintiff
5  Technology Licensing Company Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TECHNOLOGY LICENSING CO. INC., | CASE NO.  C 08-01435 JCS |
|---|---|
| Plaintiff, | **NOTICE OF DISMISSAL** |
| vs. | |
| BEST BUY CO. | JUDGE:   Hon. Joseph C. Spero |
| Defendant. | |

**Notice**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff TECHNOLOGY LICENSING CO. INC., through the undersigned counsel, hereby dismisses the above-captioned action without prejudice, preserving onto Plaintiff any and all future causes of action against Defendant BEST BUY CO., including patent infringement.

DATED: September 5, 2008

Respectfully submitted,

By /s/ John W. Carpenter
John W. Carpenter
Attorney for Plaintiff
Technology Licensing Company, Inc.